IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
PAMELA JEAN HAKES :
a/k/a Pamela J. Hakes :
a/k/a Pamela Hakes :
:
          Debtor(s) : CASE NO.4:25-01169-MJC
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATION OF NO PAYMENT ADVICES
PURSUANT TO 11 U.S.C. SECTION 521 (a)(1)(B)(iv)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    I, PAMELA JEAN HAKES, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "paystubs"), as contemplated by 11 U.S.C. Section 521 (a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

    ☐    I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    ☐    I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

          My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

    X    I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

          I did not receive payment advices due to factors other than those listed above. (Please explain) Social Security Benefits, Food Stamps and Contribution from family.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: May 16, 2025                                    /s/Pamela Jean Hakes
                                                          PAMELA JEAN HAKES