UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PAMELA JEAN HAKES | : | CHAPTER 13 |
| Debtor. | : | |

*************************************************************************

| | | |
|---|---|---|
| US BANK TRUST COMPANY, National | : | |
| Association, not in its individual capacity | : | |
| but solely in its capacity as Indenture | : | |
| Trustee of CIM Trust 2025-NR1 | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| PAMELA JEAN HAKES | : | CASE NO. 5-25-01169 |
| Respondents. | : | |

*************************************************************************

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

*************************************************************************

AND NOW COMES, Pamela Jean Hakes, the Debtor, and files an Answer to US Bank, et al's Motion for Relief From the Automatic Stay:

1. Pamela Jean Hakes (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Movant alleges that Debtors have failed to make post-petition mortgage payments.

3. Debtor's Counsel is in the process of contacting the Debtor to ascertain if the payments have been made and/or if the Debtor is in possession of funds needed to cure the alleged default.

4. In the event there remains an arrears, the Debtor wishes to enter into a Stipulation to cure the arrears over a six (6) month period and/or include the arrears in an amended Chapter 13 Plan.

5. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: October 14, 2025

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
4113 Birney Ave., Suite 2
Moosic, PA  18507
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PAMELA JEAN HAKES | : | CHAPTER 13 |
| Debtor. | : | |

***

| | | |
|---|---|---|
| US BANK TRUST COMPANY, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 | : : : : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| PAMELA JEAN HAKES | : | CASE NO. 5-25-01169 |
| Respondents. | : | |

***

## CERTIFICATE OF SERVICE

***

The undersigned hereby certifies that on October 14, 2025, he caused a true and correct copy of Debtor's Answer to US Bank, et al's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Matthew Fissel, Esq at mfissel@kmllawgroup.com

Dated: October 14, 2025
/s/Tullio DeLuca
Tullio DeLuca, Esquire