UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

PAMELA JEAN HAKES

Chapter: **13**
Case Number: **5-25-01169**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the Notice, Motion to Suspend Trustee Payments and Proposed Order was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: November 14, 2025

SIGNED: _Lisa Manchak_

TITLE: Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************

| | | |
|---|---|---|
| IN RE: | : | |
| PAMELA JEAN HAKES | : | CHAPTER 13 |
| | : | |
| | : | CASE NO. 5-25-01169 |
| Debtor | : | |

*********************************************************************

| | |
|---|---|
| PAMELA JEAN HAKES | : |
| | : |
| MOVANT | : |
| VS. | : |
| JACK N. ZAHAROPOULOS ESQ. | : |
| RESPONDENT | : |

*********************************************************************

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

*********************************************************************

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before December 5, 2025. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date:  November 14, 2025                    Clerk, U.S. Bankruptcy Court
                                            197 South Main Street
Tullio DeLuca, Esquire                      Wilkes-Barre, PA  18701
PA ID# 59887
Attorney for Debtors/Movants
4113 Birney Ave., Suite 2
Moosic, Pa 18507

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************

IN RE: :
PAMELA JEAN HAKES : CHAPTER 13
:
: CASE NO. 5-25-01169
Debtor :

*********************************************************************

PAMELA JEAN HAKES :
:
MOVANT :
VS. :
JACK N. ZAHAROPOULOS ESQ. :
RESPONDENT :

*********************************************************************

### MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS

*********************************************************************

AND NOW COMES, the Debtor, Pamela Jean Hakes, by and through her attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on April 29, 2025.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $725.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor has experienced a temporary increase in monthly expenses.

4. Therefore, Debtor is not in a position to make the Trustee payments until her immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above, Debtor requests a Temporary Suspension of her Trustee payments for a period of three (3) months or earlier starting in the month of December 2025. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: November 13, 2025

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
4113 Birney Ave., Suite 2
Moosic, Pa 18507
(570) 347-7764
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*****************************************************************

| | |
|---|---|
| IN RE: | : |
| PAMELA JEAN HAKES | : CHAPTER 13 |
| | : |
| | : CASE NO. 5-25-01169 |
| Debtor | : |

*****************************************************************

| | |
|---|---|
| PAMELA JEAN HAKES | : |
| | : |
| MOVANT | : |
| VS. | : |
| JACK N. ZAHAROPOULOS ESQ. | : |
| RESPONDENT | : |

*****************************************************************

## ORDER

*****************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from December 2025 to February 2026 due to a temporary increase in monthly expenses and it is further ordered that if the Debtor's situation improves prior to the three (3) month period, Debtor, is ordered to commence making monthly payments to the Chapter 13 Trustee.

U.S. Bank Trust Company, National Association
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

CREDENCE RESOURCE MANA
17000 DALLAS PKWY STE 20
DALLAS, TX 75248-1930

SELECT PORTFOLIO SVCIN
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

U.S. Bank Trust Company, National Associatio
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625