In re:              Case No. 25-01169-MJC

Pamela Jean Hakes             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 09, 2025      Form ID: pdf010      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Jean Hakes, 5034 Monkey Run Road, Gillett, PA 16925-9378 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5707631 | + | Email/Text: bankruptcy@credencerm.com | Dec 09 2025 18:44:00 | CREDENCE RESOURCE MANA, 17000 DALLAS PKWY STE 20, DALLAS, TX 75248-1930 |
| 5707632 | | Email/Text: tullio.deluca@verizon.net | Dec 09 2025 18:44:00 | Law Office of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5707634 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 09 2025 18:44:00 | SELECT PORTFOLIO SVCIN, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5723947 | ^ | MEBN | Dec 09 2025 18:40:16 | U.S. Bank Trust Company, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5711110 | + | Email/Text: RASEBN@raslg.com | Dec 09 2025 18:43:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5707633 | *+ | Pamela Jean Hakes, 5034 Monkey Run Road, Gillett, PA 16925-9378 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2025　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J Eric Kishbaugh | on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com |
| Tullio DeLuca | on behalf of Debtor 1 Pamela Jean Hakes tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Pamela Jean Hakes, | : | Case No. 4:25-bk-01169-MJC |
| | : | |
| Debtor. | : | |

| | |
|---|---|
| Pamela Jean Hakes, | : |
| | : |
| Movant, | : |
| vs. | : |
| | : |
| Jack N. Zaharopoulos, Esquire, | : |
| Respondent. | : |

## ORDER

Upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, Doc. 32 ("Motion"), and after notice and service to creditors and parties in interest under Fed. R. Bankr. P. 9013, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from December 2025 through February 2026 due to an increase in monthly expenses; and it is further

**ORDERED** that if the Debtor's immediate problem stabilizes prior to the expiration of the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: December 9, 2025