United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 25-01169-MJC

Pamela Jean Hakes                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4             User: AutoDocke             Page 1 of 2

Date Rcvd: Dec 31, 2025             Form ID: nthrgreq             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

**Recip ID**            **Recipient Name and Address**
                         +  Carl Hakes, 5034 Monkey Run Road, Gillett, PA 16925-9378

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026             Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| J Eric Kishbaugh | on behalf of Creditor U.S. Bank Trust Company  National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust Company  National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust Company  National Association rshearer@raslg.com |
| Tullio DeLuca | on behalf of Debtor 1 Pamela Jean Hakes tullio.deluca@verizon.net |

District/off: 0314-4

Date Rcvd: Dec 31, 2025

User: AutoDocke

Form ID: nthrgreq

Page 2 of 2

Total Noticed: 1

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Pamela Jean Hakes
aka Pamela J Hakes, aka Pamela Hakes

**Debtor 1**

Chapter: 13

Case number: 4:25−bk−01169−MJC

Document Number: 38

Matter: Stipulation

U.S. Bank Trust Company, National Association, not in
its individual capacity but solely in its capacity as
Indenture Trustee of CIM Trust 2025−NR1
**Movant(s)**

vs.

Pamela Jean Hakes aka Pamela J Hakes,
aka Pamela Hakes, Debtor

Carl Hakes, Co−Debtor(s)
Jack N. Zaharopoulos, Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on April 29, 2025.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 1/15/26**<br><br>**Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 31, 2025 |

nthrgreq(02/19)